## UNITED STATES COURT OF INTERNATIONAL TRADE

UNITED STEEL, PAPER AND
FORESTRY, RUBBER,
MANUFACTURING, ENERGY,
ALLIED INDUSTRIAL AND
SERVICE WORKERS
INTERNATIONAL UNION, AFL-
CIO, CLC,

      Plaintiff,

v.

UNITED STATES,

      Defendant,

and

CHENG SHIN RUBBER U.S.A.
INC.,

      Defendant-Intervenor.

**Before: Jennifer Choe-Groves, Judge**

**Court No. 24-00165**

## JUDGMENT

This case, having been duly submitted for decision, and the Court, after due deliberation, having rendered a decision; now therefore, in conformity with said decision, it is hereby

**ORDERED** that the U.S. Department of Commerce's Final Scope Ruling on the Antidumping Duty Order on Passenger Vehicle and Light Truck Tires from Taiwan: Request by Cheng Shin Rubber Ind. Co. Ltd., A-583-869 (Aug. 5, 2024),

Court No. 24-00165                                                                      Page 2

as amended by the Final Results of Redetermination Pursuant to Court Remand,

ECF No. 45-1, is sustained; and it is further

      **ORDERED** that judgment is entered for Defendant United States.


                                                        /s/ Jennifer Choe-Groves
                                            Jennifer Choe-Groves, Judge

Dated:   February 20, 2026
           New York, New York